1 ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
2 MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
3 San Francisco, CA  94104
Telephone:  (415) 392-5431
4
Attorneys for Plaintiff
5

6

7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10

11 NORTHWEST ADMINISTRATORS, INC.    )    NO. C 07 1506 SC
                                    )
12                                  )
                    Plaintiff,      )    AMENDED
13                                  )    ORDER TO CONTINUE CASE
           vs.                      )    <u>MANAGEMENT CONFERENCE</u>
14                                  )
RICHARD PINOCCI, an individual      )
15 doing business as ITALIAN FRENCH  )
BAKING COMPANY and as ITALIAN       )
16 FRENCH BAKING CO.                 )
                                    )
17                   Defendant.     )
   _____)
18

19         IT IS ORDERED that the Case Management Conference in this

20 case originally set for July 27, 2007 continued to September 21, 2007

21 at 10:00 a.m. in Courtroom 1, 17th Floor, 450 Golden Gate Avenue, San

22 Francisco, CA.

23 Dated: __July 26, 2007_____          _____
                                          Honorable Samuel Conti
24

25                                        *IT IS SO ORDERED*
                                          *Judge Samuel Conti*
26

27

28

AMENDED ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE            1